# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00744-CV

**In re Deutsche Bank Securities Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### D I S S E N T I N G   O P I N I O N

On this record, I cannot conclude that the district court abused its discretion and would, accordingly, deny mandamus relief.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   July 3, 2015